# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 8/25/2022 |
| Case: 22−00401−mg | Form ID: pdf001 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla     MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     American Legal Claim Services LLC     8021 Philips Highway, Suite 1     Attn: Jefrey Pirrung     Jacksonville, FL 32256
intp     BMC Group, Inc     3732 West 120th Street     Attn: Tinamarie Feil     Hawthorne, CA 90250
intp     CPT Group, Inc.     50 Corporate Park     Irvine, CA 92606
intp     Donlin, Recano & Company, Inc.     6201 15th Avenue     Attn: Lillian Jordan & Nellwyn Voorhie     Brooklyn, NY 11219
intp     Epiq Corporate Restructuring, LLC     777 Third Avenue, 12th Floor     Attn: Brad Tuttle     New York, NY 10017
intp     Kroll Restructuring Administration LLC     (f/k/a Prime Clerk LLC)     55 East 52nd Street, 17th Floor     Attn: Christina Pullo & Benjamin Steele     New York, NY 10055
intp     Kurtzman Carson Consultants LLC     222 N. Pacific Coast Highway     Suite 300     Attn: Evan Gershbein     El Segundo, CA 90245
intp     Logan & Company, Inc.     546 Valley Rd.     Attn: Kevin Sayers     Upper Montclair, NJ 07043
intp     Omni Agent Solutions     5955 De Soto Avenue     Suite 100     Attn: Brian Osborne, CEO     Woodland Hills, CA 91367
intp     Stretto     8269 E. 23rd Avenue     Suite 275     Attn: Robert Klamser     Denver, CO 80238

TOTAL: 10