**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re :

MATTER OF CERTAIN CLAIMS AND
NOTICING AGENTS' RECEIPT OF FEES IN      Misc. Pro. No. 22-00401(MG)
CONNECTION WITH UNAUTHORIZED
ARRANGEMENTS WITH XCLAIM INC.

------------------------------------------------------------X

**DECLARATION OF JULIE N. GREEN ON BEHALF OF CPT GROUP, INC., APPROVED CLAIMS AGENT, REGARDING MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC., IN RE: 22-00401(MG)**

I, Julie N. Green, declare and state as follows:

1. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so competently under oath.

2. I am employed by CPT Group, Inc., ("Claims Agent", "Noticing Agent" or "CPT"), as Senior Vice President of Operations.

3. CPT Group, Inc. is located at 50 Corporate Park, Irvine, CA 92606.

4. I have been employed by CPT for 17 years, managing the operations department and supervising multiple notice and claims administration programs. As Senior Vice President of Operations, I am responsible for the oversight, supervision and evaluation of all departments and positions related to the administration of class action and bankruptcy matters to ensure superior quality and successful execution of each component required to complete the administration process. In my career at CPT, I have been responsible for the design and/or implementation of hundreds of notice plans.

5. CPT has not entered into any contracts with Xclaim Inc. ("Xclaim"). Therefore, CPT has no current or former business arrangement with Xclaim to report, and no accounting of any fees, costs, reimbursements received or to be received from Xclaim.

6. Further, CPT has no bankruptcy cases to list in which as an Approved Claims Agent we served as a court-approved claims agent and Xclaim facilitated any claims trade from which CPT received, or will receive, a Fee or any other payment or reimbursement from Xclaim.

7. CPT has no oral or written agreements or arrangements with third parties within five years of the date of the August 25th Order to report in which CPT, acting in its capacity as a claims agent under 28 U.S.C. § 156(c) as described in the Madison Square Opinion, has performed a task that the Clerk could not perform or has received a fee or reimbursement other than from the bankruptcy estate.

8. Therefore, CPT has no accounting of any fees, costs or reimbursements received or to be received from such third parties to report.

9. Further, CPT has no bankruptcy cases to list in which as an Approved Claims Agent we served as a court-approved claims agent and such third parties facilitated claims trade from which CPT received, or will receive, a fee or any other payment or reimbursement from such third parties.

I declare under penalty of perjury under the laws of the United States and state of California that the foregoing is true and correct.

Executed on September 12, 2022 at Irvine, California.

_/s/ Julie N. Green_
JULIE N. GREEN