UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
In re:                                                          :
                                                                :
MATTER OF CERTAIN CLAIMS AND                                    :
NOTICING AGENTS' RECEIPT OF FEES                                :      Misc. Pro. No. 22-00401(MG)
IN CONNECTION WITH UNAUTHORIZED                                 :
ARRANGEMENTS WITH XCLAIM INC.                                   :
                                                                :
----------------------------------------------------------X

## NOTICE OF KURTZMAN CARSON CONSULTANTS LLC
## REGARDING ARRANGEMENTS WITH XCLAIM INC.

In connection with the Court's request (the "Request") dated August 27, 2022, Kurtzman Carson Consultants LLC ("KCC"), an Approved Claims Agent[1], hereby submits its *Notice of Kurtzman Carson Consultants LLC Regarding Arrangements with Xclaim Inc.* the ("Notice") and states as follows:

1. KCC has no current or former business arrangements with Xclaim, Inc. ("Xclaim").

2. Given KCC has no current or former business arrangements with Xclaim, KCC has not received any fees, costs, or reimbursements from Xclaim through the date of filing this Notice and has no anticipated fees, costs, or reimbursements to be received from Xclaim.

3. Given KCC has no current or former business arrangements with Xclaim, KCC is not currently the claims and noticing agent in any case where Xclaim facilitated any claims trade from which KCC will receive any fees, payments, or reimbursements.

4. Further, in all of its claims and noticing agent engagements, KCC has performed services and has been paid solely in accordance with the terms of its retention under 28 U.S.C. §156(c) and applicable court orders. KCC has not received, and does not expect to receive, any

---

[1] Capitalized terms not otherwise defined herein will have the meaning ascribed in the Request.

fees, costs, or reimbursements from any third parties of the nature described in the Request and is not the claims or noticing agent in any case where such third parties have facilitated trades that will result in compensation of any kind to KCC.

Respectfully submitted,

**Kurtzman Carson Consultants LLC**
Evan Gershbein, Executive Vice President,
Corporate Restructuring Services