**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-MP-00401  (MG) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John ("Jack") R. O'Connor, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Epiq Corporate Restructuring, LLC, in the above-referenced miscellaneous proceeding. I certify that I am admitted, practicing and in good standing of the bar of the State of Illinois, and the United States District Courts for the Northern and Central Districts of Illinois.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Respectfully submitted,

Levenfeld Pearlstein, LLC

By: *Jack O'Connor*

John ("Jack") R. O'Connor
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone: (312) 346 8380
Fax: (312) 346-7634
E-mail: joconnor@lplegal.com

September 14, 2022

## CERTIFICATE OF SERVICE

I, Jack R. O'Connor, hereby certify that on this 14th day of September, 2022, I caused to be served a copy of the *Motion for Admission to Practice Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

Respectfully submitted,

Levenfeld Pearlstein, LLC

By: *Jack O'Connor*

2 N. LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone: (312) 346 8380
Fax: (312) 346-7634
E-mail: joconnor@lplegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-100401 (MG) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jack R. O'Connor, to be admitted *pro hac vice* to represent Epiq Corporate Restructuring, LLC in the above-referenced miscellaneous proceeding, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois; it is hereby:

**ORDERED** that Jack R. O'Connor, is admitted to practice *pro hac vice* in the above-referenced case to represent Epiq Corporate Restructuring, LLC, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:_____, 2022

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE