**LEVENFELD PEARLSTEIN, LLC**
Elizabeth B. Vandesteeg
2 N. LaSalle Street, Suite 1300
Chicago, Illinois
Telephone: (312) 846-8380
Facsimile: (312) 346-7634

*Counsel to Epiq Corporate Restructuring, LLC*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-MP-00401 (MG) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Levenfeld Pearlstein, LLC hereby enters its appearance (this "***Notice of Appearance***") in the above-captioned miscellaneous proceeding as counsel to Epiq Corporate Restructuring, LLC pursuant to § 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "***Bankruptcy Code***"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"). Levenfeld Pearlstein, LLC hereby requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

| | |
|---|---|
| Levenfeld Pearlstein, LLC<br>Elizabeth B. Vandesteeg<br>2 N. LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>Telephone: (312) 846-8380<br>Fax: (312) 346-7634<br>E-mail: evandesteeg@lplegal.com | Levenfeld Pearlstein, LLC<br>Jack R. O'Connor<br>2 N. LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>Telephone: (312) 846-8380<br>Fax: (312) 346-7634<br>E-mail: joconnor@lplegal.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the

2

Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

3

|  |  |
|---|---|
| Dated: Chicago, Illinois<br>September 14, 2022 | **Levenfeld Pearlstein, LLC**<br><br>*/s/ Elizabeth B. Vandesteeg*<br>Elizabeth B. Vandesteeg<br>2 North LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>Telephone: (312) 346-8380<br>Facsimile: (312) 346-7634<br>E-mail: evandesteeg@lplegal.com<br><br>and<br><br>Jack R. O'Connor (*pro hac pending*)<br>2 North LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>Telephone: (312) 346-8380<br>Facsimile: (312) 346-7634<br>E-mail: joconnor@lplegal.com<br><br>*Counsel for Epiq Corporate Restructuring, LLC* |

**CERTIFICATE OF SERVICE**

I, Jack R. O'Connor, hereby certify that on this 14th day of September, 2022, I caused to be served a copy of the *Notice of Appearance and Request for Service of All Notices and Documents* filed herewith to be served by this Court's CM/ECF System.

Respectfully submitted,

Levenfeld Pearlstein, LLC

By: *Jack O'Connor*

2 N. LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone: (312) 346 8380
Fax: (312) 346-7634
E-mail: joconnor@lplegal.com