**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com

*Attorneys for Logan & Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-00401 (MG) |

**AFFIDAVIT OF KATHLEEN M. LOGAN IN RESPONSE**
**TO AUGUST 25, 2022 ORDER**

STATE OF NEW JERSEY     )
                                              )  ss.:
COUNTY OF ESSEX           )

KATHLEEN M. LOGAN, being duly sworn, deposes and says:

1. I am the President of Logan & Company, Inc. ("Logan"), with a business address of 546 Valley Road, Upper Montclair, New Jersey 07042. Logan has been in business since 1990 as a claims and noticing agent. Logan is an authorized claims and noticing agent in the United States Bankruptcy Court for the Southern District of New York.

2. I submit this Affidavit in response to the Order of Chief Judge Martin Glenn entered in this matter on August 25, 2022 [Docket No. 1].

3. I hereby state that Logan has never had, and does not presently have:

a. any business arrangement with Xclaim, Inc.; and/or

b. any oral or written agreement or arrangement with any third parties in which Logan, acting in its capacity as a claims agent under 28 U.S.C. §156(c) as described in the *Madison Square Opinion*, has performed a task that the Clerk could not perform or has received a fee or reimbursement other than from the bankruptcy estate.

DATED:    September 16, 2022

*[signature]*
KATHLEEN M. LOGAN

Subscribed and sworn to before me on this 16TH day of September, 2022, by Kathleen M. Logan, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*[signature]*
Notary Public of the State of New Jersey

NYREE DAWN MISCIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/8/2023