**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-00401 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jack R. O'Connor, to be admitted *pro hac vice* to represent Epiq Corporate Restructuring, LLC in the above-referenced miscellaneous proceeding, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois; it is hereby:

**ORDERED** that Jack R. O'Connor, is admitted to practice *pro hac vice* in the above-referenced case to represent Epiq Corporate Restructuring, LLC, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:  **September 19, 2022**

                                                                **/s/Martin Glenn**
                                                         THE HONORABLE MARTIN GLENN
                                                         CHIEF UNITED STATES BANKRUPTCY JUDGE