**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-00401 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin J. Carey to be admitted, ***pro hac vice***, to represent XClaim Inc., in the above-captioned matter and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

IT IS HEREBY ORDERED that Kevin J. Carey is admitted to practice**, *pro hac vice***, in the above referenced matter to represent XClaim Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  October 6, 2022
          New York, New York

                               /s/Martin Glenn
                               THE HONORABLE MARTIN GLENN
                               CHIEF UNITED STATES BANKRUPTCY JUDGE