**HOGAN LOVELLS US LLP**
John D. Beck
Sara M. Posner
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: john.beck@hoganlovells.com
         sara.posner@hoganlovells.com

*Counsel to XClaim Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-00401 (MG) |

**NOTICE OF ADJOURNMENT OF HEARING ON
ORDER TO SHOW CAUSE WHY THE XCLAIM ACCOUNTHOLDERS SHOULD
NOT BE SANCTIONED FOR PUBLICLY FILING PERSONALLY IDENTIFIABLE
INFORMATION OF FEDERAL JUDGES AND OTHER GOVERNMENT OFFICIALS**

**PLEASE TAKE NOTICE** that on September 23, 2022, the court issued an *Order to Show Cause Why the Xclaim Accountholders Should Not Be Sanctioned for Publicly Filing Personally Identifiable Information of Federal Judges and Other Government Officials* [ECF No. 17] ( the "Order to Show Cause")[1].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Order to Show Cause was previously scheduled to take place on October 20, 2022, at 3:00 p.m. (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to October 26, 2022, at 2:00 p.m., prevailing Eastern Time, *in person,* before the Honorable Martin Glenn,

---

[1] Capitalized terms used but not defined in this notice shall have the meanings ascribed to such terms in the Order to Show Cause.

Chief United States Bankruptcy Judge, in courtroom 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that both Ryan Vollenhals and Matthew D. Sedigh shall be present *in person* at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Xclaim Accountholders shall file a written response to the Order to Show Cause on or before 5:00 p.m., October 6, 2022. The United States Trustee may file a response to the Order to Show Cause or the response filed by Xclaim Accountholders on or before 5:00 p.m., October 13, 2022. No further filings may be filed by the Xclaim Accountholders.

**PLEASE TAKE FURTHER NOTICE** that all persons wishing to attend the Hearing must (i) be fully vaccinated against COVID-19 as defined by the Center for Disease Control and Prevention and provide proof of vaccination status when they arrive at the courthouse, and (ii) wear a mask while in the courtroom that covers the person's nose and mouth unless speaking at the podium or otherwise instructed by court personnel. Persons who are not fully vaccinated but wish to participate in the Hearing should contact chambers for accommodations.

**PLEASE TAKE FURTHER NOTICE** that all persons making a formal appearance at the Hearing should register such appearance at least one business day prior to the Hearing using the eCourt Appearance tool (https://www.nysb.uscourts.gov/ecourt-appearances).

Dated:  October 6, 2022
       New York, New York

**HOGAN LOVELLS US LLP**

/s/ *John D. Beck*
John D. Beck
Sara M. Posner
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: john.beck@hoganlovells.com
      sara.posner@hoganlovells.com

*Counsel to XClaim Inc.*

\\1087099 4143-7696-9791 v2