**HOGAN LOVELLS US LLP**
John D. Beck
Sara M. Posner
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: john.beck@hoganlovells.com
         sara.posner@hoganlovells.com

*Counsel to XClaim Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-00401 (MG) |

**CERTIFICATE OF SERVICE**

TRACY SOUTHWELL

    1.    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed by Hogan Lovells US LLP and my business address is 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

    2.    I certify that on October 6, 2022, I caused true and correct copies of the following documents to be served via email on the parties listed on the annexed **Exhibit A** and via first-class mail, postage prepaid on the parties listed on the annexed **Exhibit B**:

- *Notice of Adjournment of Hearing on Order to Show Cause Why the Xclaim Accountholders Should Not Be Sanctioned for Publicly Filing Personally Identifiable Information of Federal Judges and Other Government Officials* [ECF No. 24]; and

- *Letter from Xclaim Inc. in response to Order to Show Cause* [ECF No. 25].

Los Angeles, California
October 6, 2022                                            */s/ Tracy Southwell*
                                                          Tracy Southwell

\\1087099  4136-1570-4895  v1

# EXHIBIT A

| Party | Email |
|---|---|
| Office of the United States Trustee<br>Attn: Andrea B. Schwartz | Andrea.B.Schwartz@usdoj.gov |
| BMC Group, Inc.<br>Attn: Steven P Ordaz | sordaz@bmcgroup.com |
| Epiq Corporate Restructuring, LLC<br>Attn: John R O'Connor | joconnor@lplegal.com,<br>ikropiewnicka@lplegal.com<br>bdroca@lplegal.com<br>nbailey@lplegal.com |
| Epiq Corporate Restructuring, LLC<br>Attn: Elizabeth B. Vandesteeg | evandesteeg@lplegal.com,<br>nbailey@lplegal.com<br>ikropiewnicka@lplegal.com,<br>bdroca@lplegal.com |
| Logan & Company, Inc.<br>Attn: Ilana Volkov | ivolkov@mcgrailbensinger.com |

**EXHIBIT B**

American Legal Claim Services LLC
Attn: Jeffrey Pirrung
8021 Philips Highway, Suite 1
Jacksonville, FL 32256

CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606

Donlin, Recano & Company, Inc.
Attn: Lillian Jordan & Nellwyn Voorhie
6201 15th Avenue
Brooklyn, NY 11219

Kroll Restructuring Administration LLC
(f/k/a Prime Clerk LLC)
Attn: Christina Pullo & Benjamin Steele
55 East 52nd Street, 17th Floor
New York, NY 10055

Kurtzman Carson Consultants LLC
Attn: Evan Gershbein
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245

Omni Agent Solutions
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367

Omni Agent Solutions
Attn: Brian Osborne, CEO
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367

Stretto
8269 E. 23rd Avenue
Suite 275
Attn: Robert Klamser
Denver, CO 80238