**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTER OF CERTAIN CLAIMS AND NOTICING AGENTS' RECEIPT OF FEES IN CONNECTION WITH UNAUTHORIZED ARRANGEMENTS WITH XCLAIM INC. | Misc. Pro. No. 22-MP-00401 (MG) |

**NOTICE OF WITHDRWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that the undersigned counsel, having previously filed a *Notice of Appearance and Request for Service of Papers* [Docket No. 38], hereby withdraws his appearance on behalf of Omni Agent Solutions, Inc., in the above-captioned matter, and requests that he be removed from all service lists in the above-captioned Proceedings.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and its attorneys of record, other than Alexander Woolverton, continue to represent Omni Agent Solutions, Inc. and hereby request that all notices required in the above-referenced case continue to be served to such attorneys of record.

| | |
|---|---|
| Dated: January 6, 2023<br>New York, New York | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>By: */s/ Alexander Woolverton*<br>       Alexander Woolverton<br><br>Paul M. Basta (pbasta@paulweiss.com)<br>William A. Clareman (wclareman@paulweiss.com)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990<br><br>*Attorneys for Omni Agent Solutions, Inc.* |