UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re*

MATTER OF CERTAIN CLAIMS AND
NOTICING AGENTS' RECEIPT OF FEES IN
CONNECTION WITH UNAUTHORIZED
ARRANGEMENTS WITH XCLAIM INC.

Misc. Pro. No. 22-00401 (MG)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that based on the supplemental briefs filed on January 13, 2023 and on the record in this proceeding, a further hearing will be held on **February 16, 2023 at 2:00 p.m. (Eastern Time)**, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall be held via Zoom for Government. Parties wishing to appear at the hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before February 15, 2023, at 4:00 p.m. (Eastern Time)**. After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can

be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated:  January 20, 2023
       New York, New York

                                    TOGUT, SEGAL & SEGAL LLP
                                    By:

                                    */s/ Kyle J. Ortiz*
                                    KYLE J. ORTIZ
                                    JARED C. BORRIELLO
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000
                                    kortiz@teamtogut.com
                                    jborriello@teamtogut.com