

**U.S. Department of Justice**

*Office of the United States Trustee*
*Southern District of New York*

---

*Alexander Hamilton U.S. Custom House*
*One Bowling Green, Room 534*
*New York, New York 10004*
*Telephone Number 212-510-0500*
*Facsimile Number 212-668-2255*

February 3, 2023

**By ECF**

| | |
|---|---|
| Hon. Martin Glenn | Hon. Sean H. Lane |
| Chief U.S. Bankruptcy Judge | U.S. Bankruptcy Judge |
| U.S. Bankruptcy Court for the | U.S. Bankruptcy Court for the |
|   Southern District of New York |   Southern District of New York |
| Alexander Hamilton U.S. Custom House | Charles L. Brieant Jr. Federal Bldg. & Courthouse |
| One Bowling Green | 300 Quarropas Street |
| New York, New York 10004 | White Plains, New York 10601 |

Re:   *Matter of Certain Claims and Noticing Agents' Receipt of Fees in Connection With Unauthorized Arrangements with Xclaim Inc.*, **Misc. Pro. No. 22-00401-MG**,
-- and –
*In re Madison Square Boys & Girls Club, Inc.*, **Case No. 22-10910-SHL**,
<u>United States Bankruptcy Court, Southern District of New York</u>

Dear Chief Judge Glenn and Judge Lane:

    We write respectfully to provide the Court with a status report concerning the bankruptcy appeal styled *In re Madison Square Boys & Girls Club, Inc.*, Case No. 22-cv-7575-KPF (United States District Court, Southern District of New York), that relates to both of the above-referenced cases.

    On August 18, 2022, the Court in *Madison Square* ruled that arrangements between one of the Court's approved claims agents, Epiq Corporate Restructuring, LLC, and Xclaim, Inc., for the synchronization of creditor claims data to Xclaim's for-profit website, violated 28 U.S.C. § 156(c) and related local guidelines. *See In re Madison Sq. Boys & Girls Club, Inc.*, 642 B.R. 487 (Bankr. S.D.N.Y. 2022). Xclaim appealed the Court's ruling and related order to the district court on September 1, 2022.

    On January 31, 2023, the district court entered an *Order to Show Cause*, requiring Xclaim to show cause why it had not complied with the briefing deadlines of Federal Rule of Bankruptcy Procedure 8018 and the district court's prior orders. Case No. 22-cv-7575-KPF, Dkt. 15. Later that same day, in a letter by its principal, Matthew Sedigh, Xclaim advised that it "no longer wishes to pursue this appeal." *Id.*, at Dkt. 16. The district court then memo endorsed Xclaim's letter, granting Xclaim's request to dismiss the appeal. *Id.*, at Dkt. 17. A copy of the memo

1

Hon. Chief Judge Martin Glenn
Hon. Judge Sean H. Lane
February 3, 2023

endorsed letter is enclosed for the Court's convenience.

    Thank you.

                         Very truly yours,

                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE

               By:    */s/ Andrew D. Velez-Rivera*
                        Trial Attorney

Enclosure



Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: Case 22 Civ. 7575 (KPF)

Judge Failla:

XClaim Inc. no longer wishes to pursue its appeal in this case.

Regards,

/s/   Matthew Sedigh
Chief Executive Officer
Xclaim Inc.

In light of the above representation from Appellant, the Court GRANTS
Appellant's request to dismiss this appeal.  The Clerk of Court is directed
to terminate all pending motions, adjourn all remaining dates, and close this
case.

Dated:     January 31, 2023          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE