UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :
                                                    :
MATTER OF CERTAIN CLAIMS AND                        :
NOTICING AGENTS' RECEIPT OF FEES IN                 :    Misc. Pro. No. 22-00401(MG)
CONNECTION WITH UNAUTHORIZED                        :
ARRANGEMENTS WITH XCLAIM INC.                       :
                                                    :
------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon this Notice and the accompanying Joint Motion, the United States Trustee for Region 2 (the "United States Trustee"), Omni Agent Solutions, Inc. ("Omni"), Stretto, Inc. ("Stretto"), and Epiq Corporate Restructuring, LLC ("Epiq" and together with Omni and Stretto, the "Claims Agents") will move this Court before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **April 17, 2023, at 10:00 a.m.,** (the "Hearing") or as soon thereafter as counsel may be heard, for an order approving the Agreements (annexed to the Joint Motion) between the United States Trustee and each respective Claims Agents, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that the Hearing will be held via Zoom for Government.  Participants are required to register their appearance by 4:00 PM the day prior to the Hearing by using the eCourtAppearance portal on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and served on the United States Trustee (Attn: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) and Annie Wells, Esq. (annie.wells@usdoj.gov), and counsel for each of the Claims Agents (Epiq – Attn: Jack O'Connor, Esq. (joconnor@lplegal.com); Omni – Attn: William Clareman, Esq. (wclareman@paulweiss.com); Stretto – Attn: Richard Levin, Esq. rlevin@jenner.com)) no later than seven (7) days prior to the return date set forth above.  Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose

behalf the papers are submitted, the nature of the response, and the basis for such response. Failure to provide this information may be grounds to strike the response.

Dated: New York, New York
      April 3, 2023

                                     Respectfully submitted,

                                     WILLIAM K. HARRINGTON
                                     UNITED STATES TRUSTEE, REGION 2

                          By:    */s/ Andrea B. Schwartz*
                                 Andrea B. Schwartz
                                 Annie Wells
                                 Trial Attorneys
                                 Alexander Hamilton Custom House
                                 One Bowling Green
                                 New York, NY 10004
                                 Tel. (212) 510-0500