EXECUTION VERSION

# **SETTLEMENT AGREEMENT**

This Settlement Agreement (the "Settlement Agreement") is made and entered into by and among (i) William K. Harrington, United States Trustee for Region 2 ("United States Trustee"), and the Executive Office for United States Trustees (collectively with the United States Trustee, the "USTP"), and (ii) Omni Agent Solutions, Inc. ("Omni"). Where referred to collectively, the USTP and Omni are referred to herein as the "Parties."

## **Recitation**

WHEREAS, the Clerk of the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") has approved Omni, a private entity, to be retained in bankruptcy cases to act as the Clerk's agent for the purpose of assisting with certain administrative tasks pertaining to providing notices to parties and processing proofs of claim;

WHEREAS, the retention of claims agents is governed by 28 U.S.C. § 156(c), the Bankruptcy Court's Local Bankruptcy Rule 5075-1, and the Bankruptcy Court's *Protocol for the Employment of Claims and Noticing Agents Under 28 U.S.C. § 156(c) for the Bankruptcy Court for the Southern District of New York* ("SDNY Protocol");

WHEREAS, on October 16, 2019, Omni entered into an agreement ("Exclusive Synchronization Agreement") with Xclaim, Inc. ("Xclaim"), pursuant to which Omni agreed to provide Xclaim with access to bankruptcy claims data in a certain synchronized format to facilitate claims trading on Xclaim's platform in exchange for a fee;

WHEREAS, Omni terminated its Exclusive Synchronization Agreement with Xclaim effective as of June 9, 2022 after learning of concerns raised by the Bankruptcy Court at the first-day hearing in *In re Pareteum Corp.*, Case No. 22-10615 (LGB), regarding another claims and noticing agent and its relationship with Xclaim;

WHEREAS, on August 18, 2022, in the chapter 11 case of *In re Madison Square Boys & Girls Club, Inc.*, Case No. 22-10910-SHL, the Bankruptcy Court held that another approved claims agent's exclusive synchronization agreement with Xclaim was inconsistent with the Code of Conduct for Judicial Employees and, by extension, the SDNY Protocol. *In re Madison Square Boys & Girls Club, Inc.*, 642 B.R. 487 (Bankr. S.D.N.Y. 2022), *appeal dismissed*, Case No. 22-CV-07575-KPF (U.S. District Court for the Southern District of New York), Dkt. No. 17;

WHERAS, on August 25, 2022, the Bankruptcy Court commenced the miscellaneous proceeding styled *In re Matter of Claims and Noticing Agents Receipt of Fees in Connection with Unauthorized Arrangements with Xclaim Inc.*, Misc. Pro. No. 22-00401-MG ("Miscellaneous Proceeding"), wherein the Bankruptcy Court ordered (i) those certain claims agents approved to be retained in bankruptcy cases to act as administrative claims and noticing agents, including Omni, to file a notice disclosing, *inter alia*, (a) an accounting of any and all fees, costs, and reimbursements received, or would have, from Xclaim through the filing of the notice, and (b) a list of all bankruptcy cases in which the approved claims agent served as a court-approved claims and noticing agent and Xclaim facilitated at least one claims trade from which that approved claims agent received or would receive a fee; and (ii) parties in interest, including the United

States Trustee, to file briefs outlining what sanctions should be imposed on those approved claims agents that were a party to the Exclusive Synchronization Agreement with Xclaim.  Misc. Proc. No. 22-00401-MG, Dkt. Nos. 1 & 19;

WHEREAS, the USTP alleges that the Exclusive Synchronization Agreement with Xclaim should have been disclosed as a relevant connection by Omni in its retention applications or supplemental affidavits filed in bankruptcy cases in which Omni was employed as a court-approved claims and noticing agent pursuant to 28 U.S.C. § 156(c) and/or other estate professional pursuant to 11 U.S.C. §§ 327 or 1103 from the date on which Omni entered into the Exclusive Synchronization Agreement, to the date on which Omni terminated such agreement (the "Subject Bankruptcy Cases", a list of which is attached hereto as **Exhibit A**), and was relevant to evaluating Omni's disinterestedness in connection with Omni's employment as claims agent and/or estate professional in the Subject Bankruptcy Cases;

WHEREAS, Omni strives to ensure compliance with disclosure rules applicable to claims and noticing agents, but did not believe disclosure of the Exclusive Synchronization Agreement was required in connection therewith; and

WHEREAS, the Parties wish to resolve their dispute to avoid cost and expense associated with further litigation related to Xclaim or the Exclusive Synchronization Agreement in the Miscellaneous Proceeding or in any other proceeding in any other jurisdiction, without prejudice to either Party's position in the underlying matter and without any admission of liability, violation, or wrongdoing by Omni.

NOW, THEREFORE, it is hereby agreed to by and among the Parties:

**Agreement**

### Article I – Jurisdiction

1. The Bankruptcy Court has jurisdiction over the Parties dispute and this Settlement Agreement pursuant to the SDNY Protocol and the Bankruptcy Court's order initiating the Miscellaneous Proceeding [Dkt. No. 1].

### Article II – Settlement Payment

2. The Parties have agreed that Omni shall make an aggregate payment of $225,000 (the "Settlement Payment"), payable to the debtors, reorganized debtors, and/or a representative, designee, or successor of the debtors or the debtors' estate, as applicable, in each of the Subject Bankruptcy Cases (collectively, the "Debtors").  The Settlement Payment shall be payable in four equal installments of $56,250.00 until fully paid.  The first of such payments shall be due on or before June 15, 2023, with three subsequent payments due on or before September 15, 2023, December 15, 2023, and March 15, 2024.  On or after the Effective Date (as defined below), Omni will use reasonable efforts to contact the Debtors in writing (with e-mail being sufficient) regarding the Settlement Agreement, the Settlement Payment, and payment information for each Debtor.  As soon as reasonably practicable after receipt of payment information from each Debtor, Omni will pay each Debtor a portion of the Settlement Payment, with such allocation to be agreed with the USTP and filed in the Miscellaneous Proceeding within 10 business days of

the entry of the Order, on a quarterly basis in accordance with the dates set forth in this Section 2. Omni's obligation to use reasonable efforts to contact each Debtor and pay the Settlement Payment to each Debtor will terminate on the date that is two years after the Effective Date.

**Article III – Release Provisions**

3.       Upon the Effective Date, the USTP hereby releases all claims against Omni related to, in connection with, arising under, or pertaining to Xclaim, the Exclusive Synchronization Agreement, or any other third-party claims trader in cases in any jurisdiction where Omni was employed as a court-approved claims and noticing agent pursuant to 28 U.S.C. § 156(c) and/or other estate professional pursuant to 11 U.S.C. §§ 327 or 1103 and shall refrain from instituting, directing, or maintaining any motion, objection, contested matter, adversary proceeding, or miscellaneous proceeding against Omni in any jurisdiction (i) alleging that Omni failed to make full and adequate disclosure under applicable law in any application as a claims and noticing agent pursuant to 28 U.S.C. § 156(c) and/or other estate professional pursuant to 11 U.S.C. §§ 327 or 1103 with respect to Xclaim and any third-party claims trader and/or (ii) seeking disqualification, disgorgement, or other sanctions or penalties, of, or against, Omni based on anything relating to Xclaim or the Exclusive Synchronization Agreement.

4.       Omni will release all claims against the USTP and all of its current and former employees, including all claims under the Equal Access to Justice Act, 28 U.S.C. § 2412, based on the USTP's investigation in the Miscellaneous Proceeding.

5.       This Settlement Agreement does not bind or prejudice any rights or claims of any non-party, including the United States, the U.S. Department of Justice (except for the USTP), and/or other governmental agencies; _provided_ that Omni's obligation to pay the Settlement Payment hereunder shall be null and void if any governmental entity seeks in any forum to impose any monetary sanction or penalty on Omni in connection with Xclaim or the Exclusive Synchronization Agreement.

**Article IV – Miscellaneous Provisions**

6.       This Settlement Agreement shall be authorized through a joint motion to be filed in the Miscellaneous Proceeding, pursuant to section 11 U.S.C. § 105(a), seeking Bankruptcy Court approval on notice to all applicable parties in interest, or through such other procedures as may be permitted by the Bankruptcy Court. The Parties hereto agree to use their reasonable best efforts to achieve approval of this Settlement Agreement through such motion or other procedures and obtain the entry of a mutually acceptable Bankruptcy Court order approving this Settlement Agreement ("Order"). A condition precedent to the effectiveness of this Settlement Agreement shall be the Bankruptcy Court's entry of such mutually acceptable Order.

7.       This Settlement Agreement shall become effective and binding on each of the Parties upon entry of the Order and entry of an order dismissing Omni from the Miscellaneous Proceeding with prejudice without further consequences imposed against Omni by the Bankruptcy Court regarding any past Omni engagement or agreement with Xclaim (the date such conditions are effective, the "Effective Date").

3

8. The Bankruptcy Court shall retain exclusive jurisdiction over all matters subject to this Settlement Agreement and the Order, including disputes arising under this Settlement Agreement and the Order, and over the construction, interpretation, modification, and enforcement of the Settlement Agreement and Order, and shall retain exclusive jurisdiction to hear any motions or proceedings related to this Settlement Agreement and the Order.

9. This Settlement Agreement and the Order (and their contents) are not and shall not be used as an admission of liability, violation, or wrongdoing by Omni, and all of its agents, directors, officers, attorneys and employees acting on its behalf, solely with respect to actions taken in the course or their duties with Omni, to any person or entity or on any legal or equitable theory.  This Settlement Agreement is made, and the Order shall be entered, without trial or adjudication or any issue of fact or law as to the claims released in Article III.  Nothing in this paragraph reduces Omni's obligations under this Settlement Agreement and the Order or affects the USTP's authority to enforce any rights under the Settlement Agreement and Order.

10. This Settlement Agreement constitutes the entire agreement between the Parties relating to the subject matter reflected herein and may not be modified except: (i) in writing executed and delivered by the Parties, or (ii) pursuant to mutually acceptable terms incorporated in the Order.

11. This Settlement Agreement may be executed by the Parties in one or more counterparts, or via facsimile or electronically scanned signatures, each of which shall be deemed an original, all of which together shall constitute one and the same instrument.

12. This Settlement Agreement shall become effective following its execution by the Parties and upon the expiration of any appeal period relating to the Order.  The Parties waive any right to seek reconsideration of or to appeal from the Order if the Order is entered as submitted in a form mutually acceptable to the Parties.

13. If either Party determines that this Settlement Agreement or Order has been violated, it shall notify the other Party of the violation and allow ten (10) days to cure or otherwise purge the conduct deemed to violate the Settlement Agreement or Order before filing any motion or commencing any proceeding to enforce this Settlement Agreement and the Order with the Bankruptcy Court, unless more time is agreed to by the Parties.

14. Where any time period in this Settlement Agreement is stated in days, the applicable time period shall be calculated pursuant to Federal Rule of Bankruptcy Procedure 9006(a)(1).

**AGREED TO:**

| | |
|---|---|
| Dated: April ___, 2023 | By: _____<br>Ramona D. Elliott<br>Deputy Director/General Counsel<br>Executive Office for United States Trustees |
| Dated: April 3, 2023 | By: */s/ William K. Harrington*<br>William K. Harrington<br>United States Trustee, Region 2 |
| Dated: March 2, 2023 | By: */s/ Brian Osbourne*<br>Brian Osborne<br>CEO & President<br>Omni Agent Solutions, Inc. |

# **EXHIBIT A**

Subject Bankruptcy Cases

| DBName | Court | Case Number(s) |
|---|---|---|
| AvadimHealth | District of Delaware | 21-10883; 21-10884; 21-10885; 21-10887; 21-10886 |
| Benevis | Southern District of Texas | 20-33918; 20-33919; 20-33920; 20-33921; 20-33922; 20-33923 |
| Brookstone | District of Delaware | 18-11780; 18-11781; 18-11782; 18-11783; 18-11784; 18-11786; 18-11787; 18-11789; 18-11790; 18-11791 |
| BruinEP | Southern District of Texas | 20-33605; 20-33608; 20-33610; 20-33611; 20-33609; 20-33607; 20-33606 |
| CDS | District of Delaware | 20-11719; 20-11732; 20-11727; 20-11728; 20-11729; 20-11735; 20-11759; 20-11736; 20-11760; 20-11737; 20-11738; 20-11739; 20-11740; 20-11720; 20-11741; 20-11742; 20-11743; 20-11758; 20-11731; 20-11730; 20-11755; 20-11756; 20-11745; 20-11748; 20-11744; 20-11750; 20-11751; 20-11752; 20-11753; 20-11754; 20-11747; 20-11734; 20-11721; 20-11722; 20-11723; 20-11724; 20-11761; 20-11725; 20-11746; 20-11733; 20-11726; 20-11757; 20-11749 |
| ChisholmOil | District of Delaware | 20-11593; 20-11592; 20-11594; 20-11595; 20-11596 |
| ChristopherBanks | District of New Jersey | 21-10269; 21-10268; 21-10270 |
| Cinemex | Southern District of Florida | 20-14695; 20-14696; 20-14699 |
| ConnectionsCSP | District of Delaware | 21-10723 |
| DorchesterResources | Western District of Oklahoma | 21-10840 |
| EmpireGenerating | Southern District of New York | 19-23007; 19-23006; 19-23008; 19-23009 |
| Endologix | Northern District of Texas | 20-31840; 20-31841; 20-31842; 20-31843; 20-31844; 20-31845; 20-31846; 20-31847 |
| Fairway | Southern District of New York | 20-10161; 20-10162; 20-10163; 20-10164; 20-10165; 20-10166; 20-10167; 20-10168; 20-10169; 20-10170; 20-10171; 20-10172; 20-10173; 20-10174; 20-10175; 20-10176; 20-10177; 20-10178; 20-10179; 20-10180; 20-10181; 20-10182; 20-10183; 20-10184; 20-10185; 20-10186 |
| FTD | District of Delaware | 19-11240; 19-11242; 19-11244; 19-11246; 19-11247; 19-11249; 19-11241; 19-11243; 19-11245; 19-11251; 19-11253; 19-11248; 19-11250; 19-11252; 19-11254 |
| GroupeDynamite | District of Delaware | 20-12085; 20-12084; 20-12083 |

| DBName | Court | Case Number(s) |
|---|---|---|
| GVS | Northern District of Texas | 21-31121; 21-31119; 21-31120; 21-31122; 21-31123; 21-31124; 21-31125; 21-31126; 21-31127; 21-31128; 21-31129; 21-31130; 21-31131; 21-31132; 21-31164 |
| HBL | Southern District of New York | 21-22623 |
| ILMulino | Southern District of New York | 20-11723; 20-11724; 20-11725; 20-11726; 20-11727; 20-11728; 20-11729; 20-11730; 20-11731; 20-11732; 20-11733; 20-11734; 20-11735; 20-11736; 20-11778 |
| iQor | Southern District of Texas | 20-34500; 20-34478; 20-34479; 20-34480; 20-34481; 20-34482; 20-34483; 20-34484; 20-34485; 20-34486; 20-34487; 20-34488; 20-34489; 20-34490; 20-34491; 20-34492; 20-34493; 20-34494; 20-34495; 20-34496; 20-34497; 20-34498; 20-34499 |
| JCrew | Eastern District of Virginia | 20-32181; 20-32182; 20-32183; 20-32184; 20-32185; 20-32186; 20-32187; 20-32188; 20-32189; 20-32190; 20-32180; 20-32191; 20-32192; 20-32193; 20-32194; 20-32195; 20-32196; 20-32197 |
| JohnVarvatos | District of Delaware | 20-11043; 20-11044; 20-11045 |
| JustEnergy | Southern District of Texas | 21-30823; 21-30824; 21-30827; 21-30833; 21-30837; 21-30842; 21-30845; 21-30850; 21-30829; 21-30835; 21-30841; 21-30847; 21-30825; 21-30858; 21-30855; 21-30864; 21-30856; 21-30859; 21-30868; 21-30872; 21-30873; 21-30870; 21-30866; 21-30871; 21-30846; 21-30840; 21-30848; 21-30832; 21-30851; 21-30836; 21-30838; 21-30852; 21-30826; 21-30830; 21-30831; 21-30834; 21-30839; 21-30843; 21-30844; 21-30854; 21-30862; 21-30867; 21-30857; 21-30869; 21-30860; 21-30853; 21-30865; 21-30849 |

| DBName | Court | Case Number(s) |
|---|---|---|
| Knotel | District of Delaware | 21-10146; 21-10161; 21-10168; 21-10184; 21-10191; 21-10210; 21-10221; 21-10223; 21-10232; 21-10241; 21-10254; 21-10258; 21-10259; 21-10261; 21-10263; 21-10265; 21-10273; 21-10275; 21-10277; 21-10282; 21-10283; 21-10284; 21-10285; 21-10289; 21-10290; 21-10291; 21-10292; 21-10293; 21-10294; 21-10297; 21-10298; 21-10299; 21-10300; 21-10301; 21-10304; 21-10306; 21-10307; 21-10308; 21-10310; 21-10313; 21-10317; 21-10318; 21-10320; 21-10321; 21-10322; 21-10324; 21-10325; 21-10326; 21-10329; 21-10316; 21-10330; 21-10333; 21-10335; 21-10336; 21-10337; 21-10340; 21-10345; 21-10347; 21-10348; 21-10350; 21-10352; 21-10353; 21-10355; 21-10356; 21-10149; 21-10153; 21-10157; 21-10163; 21-10164; 21-10175; 21-10178; 21-10196; 21-10198; 21-10204; 21-10211; 21-10213; 21-10217; 21-10216; 21-10226; 21-10230; 21-10231; 21-10233; 21-10234; 21-10239; 21-10240; 21-10251; 21-10255; 21-10256; 21-10257; 21-10260; 21-10262; 21-10264; 21-10266; 21-10267; 21-10269; 21-10270; 21-10272; 21-10274; 21-10276; 21-10278; 21-10279; 21-10280; 21-10281; 21-10286; 21-10287; 21-10288; 21-10295; 21-10296; 21-10302; 21-10303; 21-10305; 21-10309; 21-10311; 21-10312; 21-10314; 21-10315; 21-10319; 21-10323; 21-10327; 21-10328; 21-10331; 21-10332; 21-10334; 21-10338; 21-10339; 21-10341; 21-10342; 21-10343; 21-10344; 21-10346; 21-10349; 21-10358; 21-10148; 21-10152; 21-10154; 21-10155; 21-10156; 21-10162; 21-10172; 21-10174; 21-10177; 21-10182; 21-10185; 21-10186; 21-10188; 21-10192; 21-10193; 21-10195; 21-10235; 21-10238; 21-10242; 21-10250; 21-10252; 21-10151; 21-10158; 21-10166; 21-10173; 21-10176; 21-10180; 21-10190; 21-10194; 21-10200; 21-10202; 21-10203; 21-10206; 21-10214; 21-10215; 21-10227; 21-10229; 21-10237; 21-10243; 21-10244; 21-10245; 21-10246; 21-10247; 21-10253; 21-10271; 21-10354; 21-10359; 21-10147; 21-10150; 21-10159; 21-10160; 21-10165; |

| DBName | Court | Case Number(s) |
|---|---|---|
| | | 21-10167; 21-10169; 21-10170; 21-10171; 21-10179; 21-10181; 21-10183; 21-10187; 21-10189; 21-10197; 21-10199; 21-10201; 21-10205; 21-10207; 21-10208; 21-10209; 21-10212; 21-10218; 21-10219; 21-10220; 21-10222; 21-10224; 21-10225; 21-10228; 21-10236; 21-10248; 21-10249; 21-10268; 21-10351; 21-10357; 21-10540 |
| LuckyMarket | District of Delaware | 20-bk-10166; 20-bk-10167; 20-bk-10168; 20-bk-10169; 20-bk-10170; 20-bk-10171; 20-bk-10172; 20-bk-10173; 20-bk-10174; 20-bk-10175; 20-bk-10176; 20-bk-10177; 20-bk-10178; 20-bk-10179; 20-bk-10180; 20-bk-10181; 20-bk-10182; 20-bk-10183; 20-bk-10184; 20-bk-10185; 20-bk-10186; 20-bk-10187; 20-bk-10513; 20-bk-10514 |
| NorthwestCompany | Southern District of New York | 20-10990; 20-10989 |
| NorwegianAir | Southern District of New York | 21-10478; 21-10480 |
| OccasionBrands | Southern District of New York | 20-11684 |

| DBName | Court | Case Number(s) |
|---|---|---|
| OneWeb | Southern District of New York | 20-22437; 20-22438; 20-22442; 20-22448; 20-22441; 20-22439; 20-22450; 20-22451; 20-22447; 20-22443; 20-22449; 20-22434; 20-22446; 20-22444; 20-22436; 20-22435; 20-22452; 20-22445; 20-22440 |
| PES2019 | District of Delaware | 19-11626; 19-11627; 19-11628; 19-11629; 19-11630; 19-11631; 19-11632; 19-11633 |
| PNWHealthcare | Western District of Washington | 19-43754; 19-43787; 19-43788; 19-43757; 19-43755; 19-43789; 19-43756; 19-43790; 19-43758; 19-43759; 19-43760; 19-43761; 19-43762; 19-43791; 19-43763; 19-43764; 19-43765; 19-43766; 19-43792; 20-40156; 20-40157 |
| PremiereJewellery | Southern District of New York | 20-11484; 20-11485; 20-11486; 20-11487; 20-11488 |
| PunchBowlSocial | District of Delaware | 20-13157; 20-13158; 20-13161; 20-13162; 20-13163; 20-13164; 20-13165; 20-13166; 20-13167; 20-13168; 20-13169; 20-13170; 20-13171; 20-13204; 20-13206 |
| PWM | District of Delaware | 21-11445; 21-11437; 21-11438; 21-11439; 21-11440; 21-11441; 21-11442; 21-11443; 21-11444 |
| RockInternational | Southern District of Texas | 20-35623 |
| SARetail | Southern District of New York | 21-22174; 21-22175 |
| SLT | District of New Jersey | 20-18368; 20-18367 |
| STATravel | District of Delaware | 21-10511 |
| StreamTV | District of Delaware | 21-10433 |
| SustainableRestaurant | District of Delaware | 20-11087; 20-11088; 20-11089; 20-11090; 20-11091; 20-11092; 20-11093; 20-11095; 20-11096; 20-11097; 20-11098; 20-11099; 20-11100; 20-11101; 20-11102; 20-11103; 20-11104; 20-11105; 20-11106; 20-11107; 20-11108; 20-11094 |
| SVXR | Northern District of California | 21-51050 |
| Utex | Southern District of Texas | 20-34932; 20-34934; 20-34936; 20-34937; 20-34938; 20-34939; 20-34940; 20-34941; 20-34942; 20-34943; 20-34944; 20-34945 |
| Videology | District of Delaware | 18-11120; 18-11121; 18-11122; 18-11123; 18-11124 |
| VIPCinema | District of Delaware | 20-10345; 20-10346; 20-10347; 20-10348; 20-10344 |

| DBName | Court | Case Number(s) |
|---|---|---|
| 4 West Holdings | Northern District of Texas | 18-30777; 18-30778; 18-30850; 18-30879; 18-30868; 18-30774; 18-30861; 18-30840; 18-30847; 18-30788; 18-30809; 18-30856; 18-30806; 18-30825; 18-30884; 18-30775; 18-30759; 18-30878; 18-30801; 18-30829; 18-30811; 18-30812; 18-30869; 18-30841; 18-30815; 18-30795; 18-30764; 18-30833; 18-30814; 18-30800; 18-30807; 18-30792; 18-30842; 18-30766; 18-30857; 18-30854; 18-30836; 18-30831; 18-30804; 18-30888; 18-30765; 18-30769; 18-30819; 18-30780; 18-30846; 18-30843; 18-30882; 18-30816; 18-30839; 18-30859; 18-30821; 18-30786; 18-30787; 18-30834; 18-30808; 18-30797; 18-30830; 18-30823; 18-30789; 18-30822; 18-30779; 18-30761; 18-30852; 18-30874; 18-30891; 18-30837; 18-30767; 18-30890; 18-30880; 18-30773; 18-30863; 18-30867; 18-30864; 18-30873; 18-30844; 18-30832; 18-30799; 18-30848; 18-30798; 18-30818; 18-30803; 18-30885; 18-30893; 18-30881; 18-30845; 18-30866; 18-30870; 18-30785; 18-30784; 18-30781; 18-30871; 18-30887; 18-30865; 18-30827; 18-30793; 18-30862; 18-30860; 18-30849; 18-30876; 18-30813; 18-30826; 18-30835; 18-30802; 18-30886; 18-30883; 18-30772; 18-30838; 18-30810; 18-30817; 18-30872; 18-30875; 18-30858; 18-30855; 18-30889; 18-30851; 18-30877; 18-30796; 18-30892; 18-30805; 18-30762; 18-30763; 18-30768; 18-30771; 18-30760; 18-30776; 18-30782; 18-30828; 18-30794; 18-30853; 18-30820; 18-30790; 18-30770; 18-30791; 18-30824; 18-30783 |
| Affirmative Insurance | District of Delaware | 15-12136; 15-12141; 15-12142; 15-12140; 15-12143; 15-12137; 15-12138; 15-12139 |
| Allied Systems Holding | District of Delaware | 12-11564; 12-11565; 12-11768; 12-11773; 12-11779; 12-11778; 12-11776; 12-11767; 12-11769; 12-11777; 12-11775; 12-11770; 12-11774; 12-11771; 12-11772; 12-11782; 12-11781; 12-11780; 12-11783 |
| Amplify Energy (fka Memorial Production) | Southern District of Texas | 17-30262; 17-30248; 17-30249; 17-30250; 17-30251; 17-30252; 17-30253; 17-30254; 17-30255; 17-30256; 17-30257; 17-30258; 17-30259; 17-30260; 17-30261 |
| Arecont Vision LLC | District of Delaware | 18-11142; 18-11143; 18-11144 |

| DBName | Court | Case Number(s) |
|---|---|---|
| Banah | | 13-13954 |
| Baxano Surgical | District of Delaware | 14-12545-CSS |
| Boy Scouts of America | District of Delaware | 20-10343; 20-10342 |
| Center City | District of Delaware | 19-11466; 19-11467; 19-11469; 19-11468; 19-11470; 19-11476; 19-11477; 19-11478; 19-11471; 19-11473; 19-11474; 19-11475; 19-11472; 19-11479 |
| Choxi | Southern District of New York | 16-13131 |
| City of San Bernardino | Central District of California | 12-28006 |
| Consolidated Infrastructure Group | District of Delaware | 19-10165 |
| Corinthian | District of Delaware | 15-10952; 15-10953; 15-10954; 15-10955; 15-10956; 15-10957; 15-10958; 15-10959; 15-10960; 15-10961; 15-10962; 15-10963; 15-10964; 15-10965; 15-10966; 15-10967; 15-10968; 15-10969; 15-10970; 15-10971; 15-10972; 15-10973; 15-10974; 15-10975; 15-10976 |
| Cornerstone Apparel, Inc. | Central District of California | 17-17292 |
| Coyne Textile Services | Northern District of New York | 15-31160 |
| Decor Holdings | Eastern District of New York | 19-71020; 19-71022; 19-71023; 19-71024; 19-71025 |
| Dextera | District of Delaware | 17-12913 |
| Door to Door | Western District of Washington | 16-15618 |
| Draw Another Circle | District of Delaware | 16-11452; 16-11453; 16-11454; 16-11455; 16-11456 |
| Eat Here Brands | Northern District of Georgia | 19-61688; 19-61699; 19-61704; 19-61705; 19-61710; 19-61713; 19-61718; 19-61721 |
| Education Corporation of America | Middle District of Georgia | 5:18-cv-00388-TES |
| EFI Liquidating Trust | Central District of California | 9:08-bk-11457-RR |
| Empire | Southern District of New York | 19-23007; 19-23006; 19-23008; 19-23009 |
| Ensequence, Inc. | District of Delaware | 18-10182 |
| Estate Financial Combined | Central District of California | 9:08-bk-11535-RR |

| DBName | Court | Case Number(s) |
|---|---|---|
| eToys | District of Delaware | 08-13414; 08-13415; 08-13418; 08-13419; 08-13416; 08-13420; 08-13421; 08-13417; 08-13413; 08-13412 |
| FAH Liquidaing fka Fisker | District of Delaware | 13-13087; 13-13086 |
| FastShip | District of Delaware | 12-10968 (BLS); 12-10970 (BLS); 12-10971 (BLS) |
| FEGS | Eastern District of New York | 15-71074 |
| Firestar Diamond | Southern District of New York | 18-10509; 18-10510; 18-10511 |
| Flatiron Hotel Operations LLC | Southern District of New York | 18-12342; 18-12341 |
| FTD | District of Delaware | 19-11240; 19-11242; 19-11244; 19-11246; 19-11247; 19-11249; 19-11241; 19-11243; 19-11245; 19-11251; 19-11253; 19-11248; 19-11250; 19-11252; 19-11254 |
| GEEnergy | District of Delaware | 19-10303; 19-10304 |
| Glansaol | Southern District of New York | 18-14102; 18-14103; 18-14104; 18-14105; 18-14106; 18-14107; 18-14108; 18-14109 |
| Hexion | District of Delaware | 19-10684; 19-10685; 19-10686; 19-10687; 19-10688; 19-10689; 19-10690; 19-10691; 19-10692; 19-10693; 19-10694; 19-10695; 19-10696; 19-10697; 19-10698; 19-10699; 19-10700; 19-10701 |
| Hollander Sleep Products, LLc | Southern District of New York | 19-11608; 19-11607; 19-11609; 19-11610; 19-11611; 19-11612; 19-11613 |
| ITT Educational | Southern District of Indiana | 16-07207; 16-07208; 16-07209 |
| Joyce Leslie | Southern District of New York | 16-22035 |
| KP Engineering | Southern District of Texas | 19-34698; 19-34699 |
| L. K. Bennett | District of Delaware | 19-10760 |
| Lockwood Holdings, Inc | Southern District of Texas | 18-30197; 18-30198; 18-30199; 18-30268; 18-30269; 18-30270; 18-30271 |
| Metro Newspaper | Southern District of New York | 17-22445 |
| Metropark USA, Inc | Southern District of New York | 11-22866 |
| Mission Coal Company | Northern District of Alabama | 18-04177; 18-04178; 18-04179; 18-04176; 18-04180; 18-04181; 18-04182; 18-04183; 18-04184; 18-04185; 18-04186 |

| DBName | Court | Case Number(s) |
|---|---|---|
| Mission Group Kansas | District of Kansas | 16-20656 |
| Namco | Central District of California | 08-32333, 08-32349, 09-25510, 09-25523, 09-25517 |
| Nasty Gal | Central District of California | 16-24862 |
| NSC Wholesale | District of Delaware | 18-12394; 18-12395; 18-12396; 18-12397; 18-12398; 18-12399; 18-12400 |
| Peregrine Financial | Northern District of Illinois | 12-27488 |
| Philadelphia Energy Solutions | District of Delaware | 19-11626; 19-11627; 19-11628; 19-11629; 19-11630; 19-11631; 19-11632; 19-11633 |
| Phoenix Payment | District of Delaware | 14-11848 |
| Quirky | Southern District of New York | 15-12596; 15-12597; 15-12598 |
| Reading Eagle | Eastern District of Pennsylvania | 19-11728; 19-11731 |
| Refco Capital | Southern District of New York | 05-60006-rdd; 06-11262-rdd; 05-60007-rdd; 05-60008-rdd; 06-11261-rdd; 06-11260-rdd; 06-12436-rdd; 05-60009-rdd; 05-60010-rdd; 05-60011-rdd; 05-60012-rdd; 05-60013-rdd; 05-60014-rdd; 05-60015-rdd; 05-60016-rdd; 05-60017-rdd; 05-60018-rdd; 05-60019-rdd; 05-60020-rdd; 05-60021-rdd; 05-60022-rdd; 05-60023-rdd; 05-60024-rdd; 05-60025-rdd; 05-60026-rdd; 05-60027-rdd; 05-60028-rdd; 05-60029-rdd |
| Revstone Industries | District of Delaware | 12-13262; 12-13263; 13-10027; 13-10028; 13-11831 |
| SAS Healthcare | Northern District of Texas | 19-40401; 19-40402; 19-40403; 19-40404 |
| Seasons Corporate | Eastern District of New York | 18-45280; 18-45281; 18-45282; 18-45283; 18-45284; 18-45285; 18-45286; 18-45287; 18-45288; 18-45289; 18-45290; 18-45291; 18-46618 |

| DBName | Court | Case Number(s) |
|---|---|---|
| Senior Care | Northern District of Texas | 18-33967; 18-33987; 18-33989; 18-33992; 18-33996; 18-33999; 18-34003; 18-34004; 18-34005; 18-33968; 18-34006; 18-34008; 18-34010; 18-34012; 18-34014; 18-33969; 18-34016; 18-34017; 18-33970; 18-34018; 18-34020; 18-34022; 18-34025; 18-34027; 18-34029; 18-33971; 18-33972; 18-34032; 18-34035; 18-34036; 18-34037; 18-33973; 18-34040; 18-34043; 18-33974; 18-34045; 18-34046; 18-34049; 18-34050; 18-34052; 18-34054; 18-34058; 18-34064; 18-34065; 18-34066; 18-33975; 18-34067; 18-34068; 18-34069; 18-34070; 18-34071; 18-34072; 18-34073; 18-34074; 18-34075; 18-34076; 18-34077; 18-34078; 18-34079; 18-34080; 18-34081; 18-34082; 18-34083; 18-34084; 18-34085; 18-34086; 18-34087; 18-33979; 18-33980; 18-33981; 18-33982; 18-33983; 18-33984; 18-33985; 18-33986; 18-33988; 18-33990; 18-33991; 18-33993; 18-33994; 18-33995; 18-33997; 18-33998; 18-34000; 18-33976; 18-34001; 18-34002; 18-34007; 18-34009; 18-34011; 18-34013; 18-34015; 18-34019; 18-34021; 18-34023; 18-34024; 18-34026; 18-34028; 18-34030; 18-34031; 18-34033; 18-34034; 18-34038; 18-34039; 18-34041; 18-34042; 18-33977; 18-34044; 18-33978; 18-34047; 18-34048; 18-34051; 18-34053; 18-34055; 18-34056; 18-34057; 18-34059; 18-34060; 18-34061; 18-34062; 18-34063; 19-30253; 19-30249; 19-30250; 19-30251; 19-30252; 19-30254; 19-30261; 19-31719 |
| Southeastern Metal Products, Inc | District of Delaware | 19-10989; 19-10990 |
| Thomas Health Systems Inc. | Southern District of West Virginia | 20-20007; 20-20008; 20-20009; 20-20010; 20-20194 |
| TPOP, LLC fka Metavation | District of Delaware | 13-11831 |
| Unilife Corp | District of Delaware | 17-10805, 17-10806, 17-10807 |
| USA G | Southern District of Indiana | 18-09108 |
| USI Services Group | District of New Jersey | 18-10153; 18-10154; 18-10156; 18-10158; 18-10159; 18-10160; 18-10162 |

| DBName | Court | Case Number(s) |
|---|---|---|
| Videology | District of Delaware | 18-11120; 18-11121; 18-11122; 18-11123; 18-11124 |
| Weston Educational | District of Colorado | 16-21382 |
| York Street | Eastern District of New York | 18-76405 |
| Zetta Jet | Central District of California | 17-21386; 17-21387 |