UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MATTER OF CERTAIN CLAIMS AND
NOTICING AGENTS' RECEIPT OF FEES IN          Misc. Pro. No. 22-00401 (MG)
CONNECTION WITH UNAUTHORIZED
ARRANGEMENTS WITH XCLAIM INC.

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

  **PLEASE TAKE NOTICE** that Dean A. Ziehl (the "Liquidation Trustee"), solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust formed pursuant to the *Fifth Amended Joint Chapter 11 Plan of Liquidation* of The Weinstein Company Holdings LLC and its affiliated debtors, hereby appears by his counsel, Pachulski Stang Ziehl & Jones LLP, and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

> PACHULSKI STANG ZIEHL & JONES LLP
> Attention: Jason H. Rosell
> 780 Third Avenue, 34th Floor
> New York, New York 10017
> Telephone:  (212) 561-7700
> Email:        jrosell@pszjlaw.com

  The foregoing request includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, pleadings, or requests, and any other documents brought before the Court in this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, or otherwise.

Dated: April 10, 2023              **PACHULSKI STANG ZIEHL & JONES LLP**

            */s/ Jason H. Rosell*
            Jason H. Rosell
            780 Third Avenue, 34th Floor
            New York, New York 10017
            Telephone:    (212) 561-7700
            Email:        jrosell@pszjlaw.com

            *Counsel to the Liquidation Trustee*

DOCS_NY:47389.1